UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

Lehman Brothers Holdings Inc.,

Debtor,

26 Civ. 1184 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On April 10, 2026, Appellant in the above matter filed an emergency motion seeking to halt the foreclosure of his property, along with a memorandum of law in support thereof.  (Dkt. #10-12).  On April 13, 2026, he then filed another emergency motion seeking similar relief.  (Dkt. #13).  That same day, he filed a third emergency motion — this one for sanctions against Appellant's counsel.  (Dkt. #14).

On May 1, 2026, the Court held a hearing to discuss Appellant's motions.  (May 1, 2026 Minute Entry).  This Order memorializes the Court's decision, which was provided orally at the May 1, 2026 hearing.  For the reasons set forth on the record at the May 1, 2026 hearing, Appellant's motions are DENIED.

The Clerk of Court is directed to mail a copy of this Order to Appellant at his address on record.

SO ORDERED.

Dated:    May 15, 2026
         New York, New York

KATHERINE POLK FAILLA
United States District Judge